# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> GREGORY DARNELL JACOBS, <br><br> Respondent. | Case No. CV 12-424 SJO (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 25, 2012.

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE