# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Petitioner,<br><br>    v.<br><br>GREGORY DARNELL JACOBS,<br><br>          Respondent. | ) Case No. CV 12-424 SJO (JCG)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

          May 25, 2012.
DATED: _____

                                                _____
                                                   HON. S. JAMES OTERO
                                       UNITED STATES DISTRICT JUDGE